```
 1  FISCHBACH, PERLSTEIN, LIEBERMAN &
    ALMOND, LLP
 2  Michael P. Martin (SBN 190213)
 3  mmartin@fpllaw.com
    1925 Century Park East, Suite 2050
 4  Los Angeles, CA 90067-2746
    Telephone: (310) 556-1956
 5  Facsimile: (310) 556-4617
 6  Attorneys for Plaintiffs
 7
 8
 9              UNITED STATES DISTRICT COURT
10              Northern DISTRICT OF CALIFORNIA
11
12  HERBERT HOEPTNER III, a United      CASE NO. CV 10-4466 JL
    States Citizen;                     ORDER
                                        Stipulation to Extend Time to Respond to
13                                      Initial Complaint By Not More Than 30
                       Plaintiff,       Days (L.R. 8-3)
14
15       v.                             Complaint served: November 2, 2010
                                        Current response date: November 23, 2010
                                        New response date: December 23, 2010
16
17  MAPA MANUFACTURING, LLC, a
    Texas Limited Liability Company; and
18  DOES 1-10,
19                     Defendant.
20
21
22
23
24
25
26
27
28
```

FILED NOV 23 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

{Stipulation to Extend Time To Respond To Complaint By Not More Than 30 Days (L R 8-3) (v1).doc/ / 11/16/2010 05:18 PM}

1  WHEREAS Defendant is a corporation located in the state of Texas and
2  Defendant was served with the summons and complaint on November 2, 2010;
3  WHEREAS, the Complaint in this action was filed October 4, 2010, and the
4  original date for filing a response pleading to the Complaint by Defendant was November
5  23, 2010;
6  IT IS HEREY STIPULATED AND AGREED, by and among Plaintiffs
7  HERBERT HOEPTNER III, ("Plaintiff") and Defendant, MAPA MANUFACTURING,
8  LLC ("Defendant") by and through their undersigned counsel and subject to the approval
9  of the Court as follows:
10  1.  Plaintiff and Defendant have requested and agreed to an extension of time in
11  which Defendant answer, or otherwise respond to the Complaint. The date by which
12  Defendant shall move, answer or otherwise respond to the Complaint shall be December
13  23, 2010.

DATED: 11-19-10

Respectfully Submitted,

By: /s/ Michael P. Martin
Michael P. Martin
FISCHBACH, PERLSTEIN,
LIEBERMAN & ALMOND, LLP
1925 Century Park East, Suite 2050
Los Angeles, CA 90067-2746
Attorneys for Plaintiffs

DATED: 11-18-10

Respectfully Submitted,

DATED: 12/1/10

By: /s/ Roger Knapp
Roger Knapp
SLATER & MATSIL, LLP
17950 Preston Rd., Suite 1000
Dallas, TX 75252
Attorneys for Defendants

{Stipulation to [Extend Time to Respond] to Complaint By Not More Than 30 Days (L.R. 8-3) (v1).doc/
[...]/16/2010 05:18 PM} 1
TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA